UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Crim. No. 08-717 (KSH)
                             :
          v.                 :     ORDER REGARDING
                             :     DEFENDANT'S MOTION FOR
LIEBYS MERCEDES              :     RELEASE PENDING SENTENCE

Defendant having moved, on or about November 26, 2008, for an order, pursuant to Title 18, United States Code, Section 3143, releasing defendant pending sentence (Docket Nos. 13-15), which the Government opposed at the hearing held December 5, 2008,

WHEREFORE, on this ___ day of DEC 2008,

IT IS HEREBY ORDERED that defendant's motion is DENIED without prejudice to further application;

IT IS FURTHER ORDERED the Certification of Counsel, filed November 26, 2008, by Daniel J. Welsh, Esq., be SEALED;

IT IS FURTHER ORDERED that the December 5, 2008 hearing transcript of this matter be and hereby is SEALED.

_____
HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE